

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Manuel Alonso-Santes | **Civil Action No.** 26-cv-00956-BAS-MMP |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court DENIES the Petitioner's Petition for Writ of Habeas Corpus and the case is hereby closed.

**Date:** _____3/6/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Contreras _____

R. Contreras, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-0956-BAS-MMP

Respondents:

Christopher J. Larose, Senior Warden, Otay Mesa Detention Center, San Diego, California; Daniel A. Brightman; Field Office Director, San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Sirce Owen, Acting Director for Executive Office for Immigration Review; Kristi Noem, Secretary, U.S. Department of Homeland Security; Pamela Bondi, Attorney General of the United States